**MELTON v. FAMILY FIRST MORTGAGE CORP.**

[357 N.C. 573 (2003)]

NELLIE H. MELTON v. FAMILY FIRST MORTGAGE CORPORATION, FLAGSTAR BANK, FSB, UNION PLANTERS BANK NA, T. DAN WOMBLE as Trustee on a Deed of Trust made by the Plaintiff, and LORI MELTON FRYE

No. 164A03

(Filed 7 November 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 156 N.C. App. 129, 576 S.E.2d 365 (2003), affirming an order for summary judgment signed 6 November 2001 by Judge Beverly T. Beal in Superior Court, Forsyth County. Heard in the Supreme Court 14 October 2003.

*S. Mark Rabil for plaintiff-appellant.*

*Allman Spry Leggett & Crumpler, P.A., by W. Rickert Hinnant, for defendant-appellee Family First Mortgage Corporation.*

PER CURIAM.

AFFIRMED.